IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC § § Plaintiff, § § vs. § § ADAMS EXTRACT § § Defendant. § _____ § SYMBOLOGY INNOVATIONS, LLC § § Plaintiff, § § vs. § § LIBERTY MUTUAL GROUP et al. § § Defendant. § _____ § | Case No: 2:15-cv-01169-RWS-RSP LEAD CASE Case No: 2:15-cv-01178-JRG-RSP CONSOLIDATED CASE |

## **ORDER**

On this day the Court considered the Unopposed Motion to Dismiss Liberty Mutual Group and Liberty Life Assurance Company of Boston. It is therefore ORDERED that all claims by Plaintiff Symbology Innovations, LLC are hereby DISMISSED WITH PREJUDICE, and all claims by Defendants are hereby DISMISSED AS MOOT, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 12th day of July, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE